IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CORLETT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:23-cv-66 (WLS)** |
| : | |
| **PUBLIX SUPER MARKETS, INC.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is a form notice and Consent Order Granting Substitution of Attorney (Doc. 6) in which Phillip Hairston is to be substituted as Plaintiff's counsel in place of Michael Johnson. The Court notes that the proposed order tendered by counsel is not signed by the Plaintiff indicating her consent to the substitution. Nor is the caption in the proposed order correct.

Based on the foregoing, on or before Monday July 17, 2023, Counsel are hereby **ORDERED** to tender a revised proposed order with Plaintiff's signature and the correct case caption.

**SO ORDERED**, this 12th day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**