IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CORLETT FRAZIER,** :<br>   :<br>     **Plaintiff,** :<br>   :<br> v.   : **CASE NO: 7:23-cv-66 (WLS)**<br>   :<br> **PUBLIX SUPER MARKETS, INC.,** :<br>   :<br>     **Defendant.** :<br> _____ : | |

## ORDER

By Order (Doc. 17) entered September 1, 2023, the parties were required to file a joint stipulation on confidential material by September 8, 2023. Pursuant to the Clerk's docket entry dated September 11, 2023, the stipulation has not been filed. The Court notes, however, that a Joint Stipulation Regarding Confidentiality of Material Produced by Publix Super Markets, Inc. (Doc. 16) ("Stipulation") was filed August 30, 2023, prior to entry of the Order (Doc. 17). In the event the Stipulation is the document that the Parties intend to govern their use of confidential material, the Court further notes that paragraph 5 thereof does not comply with this Court's procedures for the filing of confidential documents.

Accordingly, on or before **Monday, September 18, 2023**, the Parties shall file an amended stipulation providing that any confidential documents filed by either Party shall be filed in accordance with Local Rule 5.4(C), (D) of the Middle District of Georgia, using the CM/ECF prompts to file documents under seal.

**SO ORDERED**, this 12th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**