## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **CORLETT FRAZIER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:23-cv-66 (WLS)** |
| : | |
| **PUBLIX SUPER MARKETS, INC.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### **ORDER**

Before the Court is the Joint Stipulation Regarding Confidentiality of Materials Produced by Publix Super Markets, Inc. (Doc. 19) ("Amended Stipulation"). By Order (Doc. 18) entered September 12, 2023, the parties were advised that paragraph 5 of their original stipulation (Doc. 16) does not comply with this Court's procedures for the filing of confidential documents. The parties were ordered to file an amended stipulation providing that any confidential documents filed by either Party shall be filed in accordance with Local Rule 5.4(C), (D) of the Middle District of Georgia, using the CM/ECF prompts to file documents under seal. The Amended Stipulation includes the required provision at paragraph 10, but the parties did not remove paragraph 5. As such, paragraphs 5 and 10 of the Amended Stipulation are inconsistent and paragraph 5 still does not comply with the Court's procedures.

Thus, the Court makes the following modifications to the jointly executed Amended Stipulation (Doc. 19), which is adopted and made part of this Order to the extent it does not conflict with the instant Order:

A. Paragraph 5 of the Amended Stipulation is amended to read as follows:

5. Any confidential documents filed by either Party shall be filed in accordance with Local Rule 5.4(C), (D) of the Middle District of Georgia, using the CM/ECF prompts to file documents under seal.

If any person fails to file protected documents or information under seal, the producing party or any party claiming confidentiality for the documents or information may request that the Court place the filing under seal.

B.      Paragraph 10 of the Amended Stipulation is deleted.

**SO ORDERED**, this 19th day of September 2023.

<u>/s/ W. Louis Sands</u><br>
**W. LOUIS SANDS, SR. JUDGE**<br>
**UNITED STATES DISTRICT COURT**