IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CORLETT FRAZIER,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:23-cv-66 (WLS) |
| : | |
| **PUBLIX SUPER MARKETS, INC.,** : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (Doc. 22) ("Stipulation") filed by counsel on behalf of Plaintiff and Defendant. Therein, the Parties stipulate to the dismissal of this action, with prejudice.

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Stipulation (Doc. 22) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiff's claims pending against Defendant are **DISMISSED, WITH PREJUDICE,** with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this 10th day of January 2024.

                                                /s/  W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**