IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CORLETT FRAZIER, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-66 (WLS) |
| | * |
| PUBLIX SUPERMARKETS INC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of January, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk